| MAGISTRATE'S CRIMINAL MINUTES | FILED IN OPEN COURT | | |
|---|---|---|---|
| REVOCATION PROCEEDINGS | DATE: | 1/27/2023 | @ 3:10pm |
| | TAPE: | FTR | |
| | Time In Court: | Hr | 16 Min |

MAGISTRATE: RUSSELL G. VINEYARD   COURTROOM DEPUTY: A. ZARKOWSKY

| CASE NO: | 1:22-cr-362-TCB | DEFENDANT'S NAME | BRITTANY HUDSON |
|---|---|---|---|
| AUSA: | STEPHEN MCCLAIN | DEFENDANT'S ATTY | LEIGH FINLAYSON |
| USPO: | SKYRA WATSON | Type Counsel | (X) Retained ( ) CJA ( ) FDP |

## REVOCATION PROCEEDINGS

✓ Initial Appearance HELD.

___ Order appointing Federal Defender Program.

___ Preliminary hearing Set.

___ Waiver filed.

✓ Final revocation     SET FOR     2/1/2023 @ 9:30AM

___ Final revocation hearing HELD.

___ Defendant ADMITS the allegations as set forth in the petition.

___ Court finds probable cause that defendant HAS violated terms of release/probation.

___ Court ordered defendant's release / probation to be:

___ Revoked     ___ Terminated     ___ Reinstated/Continued

___ Vacated     ___ Modified     ___ Written Order to follow

## BOND/DETENTION PROCEEDINGS

✓ Government's Oral Motion for DETENTION filed. 2/1/2023 @ 9:30AM

___ Temporary Commitment ORDERED.

___ Order of Detention Pending Final Revocation Hearing.

___ BOND SET

___ Non-surety

___ Surety ( ) Cash ( ) Property ( ) Corporate surety ONLY

___ SPECIAL CONDITIONS:

___ BOND FILED; defendant RELEASED.

___ Bond NOT EXECUTED. Defendant to remain in Marshal's custody.

|  |  | PAGE 2 |
|---|---|---|
| Defendant: | B. HUDSON | Case No.: 122CR362 |
| Date: | 1/27/2023 | |

**WITNESSES:**

_____

_____

_____

_____

_____

_____

_____

**EXHIBITS:**

_____

_____

_____

_____

_____

_____

_____

Original Exhibits _____ RETAINED by the Court _____ RETURNED to counsel