AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**NORTHERN** DISTRICT OF **GEORGIA**

UNITED STATES

V.

BRITTANY HUDSON

## EXHIBIT AND WITNESS LIST

Case Number: 1:22-CR-362

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| RUSSELL G. VINEYARD | STEPHEN MCCLAIN | LEIGH FINLAYSON |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 2/1/2023 | FTR | A.ZARKOWSKY |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| 1 | | 2/1/2023 | Y | Y | EMAIL |
| 2 | | 2/1/2023 | Y | Y | EXEMPLIFICATION CERTIFICATE NDGA |
| 3 | | 2/1/2023 | Y | Y | PERSONAL FINANCIAL STATEMENTS |
| 4 | | 2/1/2023 | Y | Y | EMAIL |
| 5 | | 2/1/2023 | Y | Y | US DISTRICT COURT RECIEPT |
| | BH1 | 2/1/2023 | Y | Y | ZOOM TIME INFO |
| | BH2 | 2/1/2023 | Y | Y | LETTER FROM ZA'KIYAH CYRUS |
| | BH3 | 2/1/2023 | Y | Y | LETTER FROM PSYCHIATRIST |
| | KW1 | 2/1/2023 | Y | Y | ASSET PURCHASE AGREEMENT |
| | KW2 | 2/1/2023 | Y | Y | LICENSE AND MANAGEMENT AGREEMENT |
| | KW3 | 2/1/2023 | Y | Y | SECURED PROMISSORY NOTE |
| | | | | | |
| | | | | | WITNESS: ARNESHIA SCOTT |
| | | | | | WITNESS: MATTHEW OLTMAN- SPECIAL AGENT SECRET SERVICE |
| | | | | | WITNESS KANDACE WILLIAMSON |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ___1___ Pages