


## NOTICE TO COUNSEL OF RECORD AND PARTIES

**TO:** Norman L. Barnett, Stephen H. McClain, Counsel for Defendant

**FROM:** D Salpeter, Deputy Clerk

**DATE:** 2/3/2023

**CASE NO.:** 1:22-cr-00362-TCB

**SUBJECT:** RECLAMATION AND DISPOSITION OF DOCUMENTARY EXHIBITS

---

Pursuant to Local Rule 79.1(D), you are hereby notified that the documentary exhibits in the above styled case will be disposed of if you have not recovered same within 30 days from the date of this letter.[1] Any audio and video exhibits will be retained until after the time for appeal has expired, or in appealed cases, until entry of the appellate court's mandate.

Please date and sign this Notice to acknowledge receipt, indicate how the exhibits should be handled, and electronically file the signed Notice using the **Exhibit Disposition Notification** event in CM/ECF. The event is located under the Other Documents heading.

(If you will be picking up exhibits, please allow at least 24 hours from the filing of your notice to ensure the exhibits are ready for pickup.)

**Receipt of this Notice is hereby acknowledged.**   /s/ Stephen H. McClain
                                                       (Signature)

☑ **Documentary Exhibits will be picked up no later than**  3/3/2023
                                                              (Date)

☐ **Documentary Exhibits may be destroyed.**  _____ (Initials)

*Note: If someone other than the attorney of record will be picking up exhibits, a letter of authorization from the attorney of record is required.*

**Exhibits Received by:** _[signature]_
                         (Signature)

This  7th  day of  February , 2023

---

[1] The exhibits have been uploaded to the electronic file which is the official record of the court.



RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 0 7 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

**U.S. Department of Justice**
United States Attorney
Northern District of Georgia

600 U.S. Courthouse
75 Ted Turner Drive S.W.
Atlanta, Georgia 30303

Telephone: (404) 581-6000
Fax: (404) 581-6181

February 7, 2023

Clerk of Court

Re: Reclamation and Disposition of Documentary Exhibits

Dear Clerk of Court:

Assistant United States Attorneys Stephen H. McClain and Norman L. Barnett authorize Legal Assistant Allante E. Joquin, to pick up Exhibits for Case numbers 1:22CR-00361-TCB and 1:22-CR-00362-TCB.

Sincerely,
RYAN K. BUCHANAN
*United States Attorney*

/s/ Stephen H. Mcclain
STEPHEN H. MCCLAIN
*Assistant United States Attorney*

/s/ Norman L. Barnett
NORMAN L. BARNETT
*Assistant United States Attorney*