AO 442 (12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

FID: 11478462
USMS: 24309-510

UNITED STATES OF AMERICA,

**WARRANT FOR ARREST**

vs.

BRITTANY HUDSON

CASE NO. 1:22-cr-00362-TCB

**UNDER SEAL** IN CLERK'S OFFICE
U.S.D.C. - Atlanta

To:   The United States Marshal
and any Authorized United States Officer

FEB 22 2023

KEVIN P. WEIMER, Clerk

**YOU ARE HEREBY COMMANDED** to arrest BRITTANY HUDSON and bring her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment      ☐ Information      ☐ Complaint      ☒ Order of Court      ☐ Violation Notice      ☐ Probation Violation Petition

Upon motion of the government alleging a violation of bond by committing offenses of Aggravated Identity Theft, Conspiracy, & Wire Fraud

in violation of 18 U.S.C. §§ 1028A, 1343, and 1349

Russell G. Vineyard
Name of Issuing Officer

Russell G. Vineyard
Signature of Issuing Officer

Chief United States Magistrate Judge
Title of Issuing Officer

January 26, 2023  at  Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By:_____
Russell G. Vineyard, Chief U.S. Magistrate Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received:   01-26-2023

DUSM  Keown
Name and Title of Arresting Officer

Date of Arrest:   01-27-2023

Signature of Arresting Officer

AO 442 (12 85) Warrant for Arrest

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

FID: 11478462
USMS: 24309-510

# COPY

UNITED STATES OF AMERICA,

vs.

BRITTANY HUDSON

**WARRANT FOR ARREST**

CASE NO. 1:22-cr-00362-TCB

**UNDER SEAL**

To: The United States Marshal
and any Authorized United States Officer

    **YOU ARE HEREBY COMMANDED** to arrest BRITTANY HUDSON and bring her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☒ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

Upon motion of the government alleging a violation of bond by committing offenses of Aggravated Identity Theft, Conspiracy, & Wire Fraud

in violation of 18 U.S.C. §§ 1028A, 1343, and 1349

Russell G. Vineyard
Name of Issuing Officer

_Russell G. Vineyard_
Signature of Issuing Officer

Chief United States Magistrate Judge
Title of Issuing Officer

January 26, 2023 at Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By:_____
    Russell G. Vineyard, Chief U S. Magistrate Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: 01/26/7023

Date of Arrest: 01/22/7023

Name and Title of Arresting Officer

Signature of Arresting Officer