FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 22 2025

KEVIN P. WEIMER, Clerk
By: ___ Deputy Clerk

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> BRITTANY HUDSON ) <br> Defendant ) | Federal Case No. <br><br> **1:22:CR-00362(MLB)** <br><br> **and** <br><br> **1:23-CR-00131-(MLB)** |

## DECLARATION OF INMATE FILING

I, Brittany Hudson, am an inmate confined in at Robert A. Deyton Correction Facility. On October 15, 2025, I placed the following documents into the institution's mail system. However, when I was informed that I was having Court on October 16, 2025, I asked to retrieve those items in an attempt to file them within the case while at the Courthouse. Standby counsel would not assist with getting these documents filed while at the Courthouse. Today, this __16th__ day of **OCTOBER, 2025,** I am depositing the following motions in this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf.

I declare that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

**MOTIONS FOR FILING:**

1. **Motion for Leave to File Rebuttal to Government's Opposition to Motion in Limine Out of Time**

2. **Rebuttal to Government's Opposition to Motion to Limine**

3. **Defendant's Objections to Magistrate Judge Non-Final Report and Recommendation**

4. **Motion for Leave to File Rebuttal to Government's Opposition of Post Hearing Motion to Suppress**

5. **Rebuttal to Government's Opposition to Defendant's Motions to Post Hearing Motion to Suppress**
   a. Exhibit A- Screenshot of Seizure Warrant Properties
   b. Exhibit B- Subpoena- US Bank
   c. Exhibit C- Subpoena- PenFed

6. **Motion to Dismiss the Indictment or Show Cause**

7. **Motion Requesting Transcripts**

Dated: This __16th__ day of **OCTOBER**, 2025.

Respectfully submitted without recourse,

*/s/ Brittany Hudson*

Brittany Hudson
USMS 24309-510
c/o P.O. BOX 730
Lovejoy, GA 30250

Date: October 16, 2025

Clerk of Court
United States District Court
2211 United States Courthouse
75 Ted Turner Dr SW,
Atlanta, GA 30303-3309

Attn: NO. **1:22-CR-362-TCB-RDC AND 1:23-CR-00131-TCB-RDC**

Dear Clerk:

Please find the following within this envelope for immediate filing within the above-styled matters.

1. **Motion for Leave to File Rebuttal to Government's Opposition to Motion in Limine Out of Time**

2. **Rebuttal to Government's Opposition to Motion to Limine**

3. **Defendant's Objections to Magistrate Judge Non-Final Report and Recommendation**

4. **Motion for Leave to File Rebuttal to Government's Opposition of Post Hearing Motion to Suppress**

5. **Rebuttal to Government's Opposition to Defendant's Motions to Post Hearing Motion to Suppress**
   1. Exhibit A- Screenshot of Seizure Warrant Properties
   2. Exhibit B- Subpoena- US Bank
   3. Exhibit C- Subpoena- PenFed

6. **Motion to Dismiss the Indictment or Show Cause**

7. **Motion Requesting Transcripts**

8. **Declaration of Inmate Filing**

1

If documents are not filed with the appropriate title that would classify as concealment and would therefore be a violation of 18 U.S.C § 2076. "Clerk is to file" the attached documents, without judgment, under penalty of law via 18 USC §2076.[1] If a judge or other officer of the court intimidates, threatens, or corruptly persuades clerk to conceal, remove, mutilate, obliterate, or destroy these prima facie documents in violation of 18 USC §1512[2] the clerk thereby enters into a conspiracy and will be punished under the full extent of the law.

**18 USC § 2071** Concealment, removal, or mutilation generally (a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away and record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both. (b) Whoever, having the custody of any such record, proceeding, map, book, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States…

Sincerely, without recourse,

Brittany Hudson
USMS 24309-510
c/o P.O. BOX 730
Lovejoy, Ga 30250

---

[1] 18 USC §2076 Clerk is to file. Whoever, being a clerk of a district court of the United States, willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both.

[2] 18 USC §1512 (b) Whoever [Judge] knowingly uses intimidation, threatens, or corruptly persuades another person, or attempts to do so or engages in misleading conduct toward another person, with intent to – (1) influence, delay, or prevent the testimony of any person in an official proceeding; (2) cause or induce any person to – (A) withhold testimony, or withhold a record, document or other object from an official proceeding; … shall be fined under this title or imprisoned not more than 20 years, or both. (3) … (c) Whoever corruptly- (1) alters, destroy, mutilates, or conceals a record, document, or other object, or attempts to do so, with the intent to impair the object's integrity or availability for use in an official proceeding; or (2) otherwise obstructs, influences, or impedes any official proceeding, or attempts to do so, shall be fined under this title or imprisoned not more than 20 years, or both.



# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED

USPS TRACKING #
9114 9999 4431 4568 3480 21

PS00001000014
EP14F October 2023
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

CLEARED DATE
OCT 22 2025
U.S. Marshals Service
Atlanta, GA 30303

FROM:
Brittany Hudson
USMS 24309510
P.O. Box 730
LoveJoy, GA 30250

TO:
CLEARED DATE
OCT 22 2025
U.S. Marshals Service
Atlanta, GA 30303

Clerk of Court
U.S. District Court
2211 United States Courthouse
75 Ted Turner Dr SW
Atlanta, GA 30303-3309

Label 228, December 2023    FOR DOMESTIC AND INTERNATIONAL USE

$011.95
10/17/2025 ZIP
043M31242216